UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD D. DICKE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C15-5105-MLP

ORDER

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, the Court hereby ORDERS that judgment be entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Dated this 22nd day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge